IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

    Petitioner,

    v.        CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

    Respondent.

---

### ORDER APPOINTING COUNSEL TO REPRESENT PETITIONER

This action has been reinstated pursuant to a mandate issued by the United States Court of Appeals for the First Circuit on February 17, 2000 (docket No. 8) pursuant to 28 U.S.C. § 2241(b).

It appearing, after a review of the pleadings, that the interests of justice will be served by the appointment of counsel in these proceedings, including those benefits the Court may derive from the assistance of appointed counsel and the inability of this *in forma pauperis* petitioner to retain counsel by other means, it is

HEREBY ORDERED that JUAN A. MASINI SOLER, Esq. is hereby APPOINTED to represent plaintiff in these proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall make available to Mr. MASINI, along with this Order, copies of the docket and all documents filed in Civil No. 98-2383 (RLA) free of charge.

IT IS FURTHER ORDERED that counsel shall arrange to meet with petitioner to advise him of the standard of review limitations

incorporated into state prisoner writ of *habeas corpus* petitions by the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA), Pub.L. No. 104-132, 110 Stat. 1214 (1996).

IT IS FURTHER ORDERED that **no later than August 31, 2000,** counsel shall file a motion advising the Court of the results of his meeting with plaintiff to discuss the merits of his claim, counsel's proposed work plan to advance these proceedings, and any other matters deemed proper by counsel.

This Order shall be notified to JUAN A. MASINI, ESQ., and to petitioner MARIANO MALDONADO PAGAN, at **Annex 292, Bayamón Correctional Facility, Box 60700, Unidad 5B, Bayamón, P.R. 00960** as well as to **Box 2963, Barrio Unibón, Morovis, Puerto Rico 00687.**[1]

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 27th day of July, 2000.

RAYMOND L. ACOSTA
United States District Judge

---

[1] Petitioner's motions informing of new penal address (**docket No. 9,** filed on April 5, 2000) and new home address (**docket No. 10,** filed on July 11, 2000) are hereby **NOTED**. The Clerk of the Court shall make the pertinent modifications to the ICMS. Petitioner's request to obtain a copy of the docket sheet in the <u>Morales Feliciano</u> proceedings is hereby **GRANTED**. The Clerk of the Court shall provide such copy to petitioner as part of the notification of this order.