UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

v.                                  Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/19/00  **Docket # 12**  [X] **Court-appointed counsel**  **Title:** Status Report | NOTED. Counsel shall file a Further Status Report **on or before October 20, 2000.** |
| **Date Filed:** 9/20/00  **Docket # 13**  [X] **Petitioner**  **Title:** Motion | NOTED. See above. |

October 4th, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By:           # 14