UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARIANO MALDONADO PAGAN

V.   Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/5/00   **Docket #** 15<br>[X] Petitioner<br><br>**Title: Moción Informativa** | NOTED. <u>See also</u> our order directing counsel to file a Further Status Report **on or before October 20, 2000** (docket no. 14). |

October 18, 2000
Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #16 |