IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

    Petitioner,

    v.                                CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

    Respondent.

## ORDER DIRECTING COUNSEL TO CONTINUE TO REPRESENT PETITIONER

The Court having been informed by the office of the U.S. Public Defender that it is unable to assume the representation of petitioner at this time, it is

HEREBY ORDERED that JUAN M. MASINI SOLER, ESQ., shall continue to represent petitioner in this action.

Accordingly, Mr. MASINI is directed to proceed with the Work Plan proposed in the Status Report he filed on October 26, 2000 (**docket No. 17**) and to pursue any other remedies and procedures available to petitioner, including those set forth in the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve Respondent with copy of this Order and Mr. MALDONADO-PAGAN's petition, which petition shall be answered by Respondent **on or before August 1, 2001.**

AO 72
(Rev 8/82)

CIVIL NO. 98-2383 (RLA)                                                Page 2

---

This Order shall be notified to JUAN M. MASINI SOLER, ESQ., at L&M Building, Suite B, #14 O'Neill Street, San Juan, P.R. 00918; to the WARDEN of the BAYAMON CORRECTIONAL FACILITY and to the ATTORNEY GENERAL of the Commonwealth of Puerto Rico via certified mail;[1] and to petitioner MARIANO MALDONADO PAGAN, **Box 60700 Unit 5B, Bayamón Correctional Facility, Bayamón, P.R. 00960.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this        day of May, 2001.

*[signature]*

RAYMOND L. ACOSTA
United States District Judge

---

[1] In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.