UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

V.   CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN

**O R D E R**

| MOTION | RULING |
|---|---|
| Date Filed: 6/7/01   Docket # 26 | BY HONORABLE JUDGE RAYMOND L. ACOSTA, **NOTED**. |
| [X] Petitioner | |
| Title: Informative Motion ("Moción Informativa) | |

June 11, 2001            FRANCES RIOS DE MORAN
Date                     Clerk of the Court

                         By: _____
                                Deputy Clerk

Rec'd:        EOD:

By: _____   # 27