IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

    Petitioner,

    v.                         CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

    Respondent.

### ORDER TO SHOW CAUSE AND DIRECTING ATTORNEY GENERAL TO ANSWER 28 U.S.C. § 2254 PETITION

It appearing that the Federal Litigation Division of the Department of Justice, Commonwealth of Puerto Rico was served on August 24, 2001,[1] with copy of the petition in this action along with a copy of the Court's Order directing it to answer same[2], and

It further appearing that neither Respondent nor the Attorney General have answered the petition to date, it is

HEREBY ORDERED that unless the Attorney General and/or Respondent file an Answer or otherwise show cause **on or before October 30, 2001**, sanctions shall be imposed, including but not limited to the striking of defenses or the imposition of economic sanctions.

---

[1] See Appendix 1.

[2] See Order Directing Counsel to Continue to Represent Defendant (docket No. 25, filed on May 21, 2001).




AO 72
(Rev 8/82)

CIVIL NO. 98-2383 (RLA)                                                                 Page 2

---

1    This Order shall be notified to the WARDEN of the BAYAMON
2    CORRECTIONAL FACILITY, to the ATTORNEY GENERAL of the Commonwealth of
3    Puerto Rico, to petitioner MARIANO MALDONADO PAGAN, **Box 60700 Unit
4    5B, Bayamón Correctional Facility, Bayamón, P.R. 00960** and to JUAN M.
5    MASINI SOLER, ESQ., L&M Building, Suite B, #14 O'Neill Street, San
6    Juan, P.R. 00918.
7    IT IS SO ORDERED.
8    In San Juan, Puerto Rico, this 4th day of October, 2001.

                                   _____
                                        RAYMOND L. ACOSTA
                                      United States District Judge

AO 72
(Rev 8/82)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): DPTO DE JUSTICIA
B. Date of Delivery: AUG 2 4 2001
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Attorney General Anabel Rodriguez
Federal Litigation Div
PO Box 9020192
San Juan, PR 00902

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label):
7001 0320 0003 6365 8350

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

Postage $ 1.64
Certified Fee 2.10
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Debbi Caballero
B. Date of Delivery: 8/23/01
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Juan Masini Soler
L and M Building
Suite B
14 O'Neill St
San Juan, PR 00918

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label):
7001 0320 0003 6365 8374

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Sent To: Juan Masini Soler, Esq.