UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

v.                                    CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 8/17/01   Docket # 28<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: SOLICITUD (Motion requesting copies) | GRANTED. |

| MOTION | RULING |
|---|---|
| Date Filed: 9/20/01   Docket # 29<br>[X] Plffs   [ ] Defts<br>[ ] Other<br><br>Title: Moción Informativa | NOTED. |

October 4, 2001           RAYMOND L. ACOSTA
     Date                 U.S. District Judge

Rec'd:           EOD:

By: 𝟰𝗿         # 31


3