UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

V.  Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/30/01   Docket # 33<br><br>[X] Respondent<br><br>Title: Motion for Extension of Time to Comply With Court Order Compelling Answer to 28 U.S.C. § 2254 Petition | GRANTED as requested until December 7, 2001. |

November 8, 2001
Date

RAYMOND L. ACOSTA
U.S. District Judge

Rec'd:        EOD:

By: #34