UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

v.                           Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 12/07/01   Docket # 35<br><br>[X] Respondent<br><br>Title: Motion Requesting an Additional Extension of Time to Answer the Habeas Corpus Petition | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>GRANTED until December 26, 2001. |

December 13, 2001          FRANCES RIOS DE MORAN
    Date                    Clerk of the Court

                            By: _____
                                Deputy Clerk

                                        Rec'd:        EOD:

                                        By: ____    # 36

4