UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

v.                                Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed: 10/15/01   Docket # 32**<br>[X] Court-assigned counsel for petitioner<br><br>**Title: Motion in Compliance with Order** | **GRANTED.** Attorney JUAN M. MASINI SOLER is hereby permitted to withdraw from representation of petitioner. In his place, the Court hereby APPOINTS JOSE R. OLMO RODRIGUEZ, ESQ., to continue to represent petitioner. The Clerk of the Court shall forward to Mr. OLMO RODRIGUEZ along with this Order copy of the docket proceedings in this action and shall provide to counsel copy of all filings he may request after further review of the docket.<br>IT IS FURTHER ORDERED that **no later than January 31, 2002,** counsel shall file a Status Report and Proposed Work Plan in line with the remedies and procedures set forth in the Rules Governing Section 2254 Cases in the United States District Courts.<br>All parties are hereby admonished that all filings henceforth in this action must be notified to JOSE R. OLMO RODRIGUEZ, ESQ., at his address of record: OLMO & RODRIGUEZ MATIAS, Edificio El Centro 1, Ofic. 215, San Juan, P.R. 00918 (Tel 758-3570; fax 764-0338). |

December 20, 2001                RAYMOND L. ACOSTA
Date                             U.S. District Judge

Rec'd:           EOD:

By: ___        # 37

