**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MARIANO MALDONADO PAGAN

**V.** **Civil No. 98-2383 (RLA)**

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

2001 DEC 28 PM 3:22
RECEIVED AND FILED

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed: 12/26/01 Docket # 38**<br><br>[X] Respondent<br><br>**Title: Motion Requesting an Additional and Final Extension of Time to Answer Habeas Corpus Petition** | **BY ORDER OF HON JUDGE RAYMOND L. ACOSTA:**<br><br>**GRANTED until January 3, 2002.**<br><br>Counsel is reminded that all filings in this action must be notified to petitioner's new counsel, **JOSE R. OLMO RODRIGUEZ, ESQ., at his address of record: OLMO & RODRIGUEZ MATIAS, Edificio El Centro 1, Ofic. 215, San Juan, P.R. 00918 (Tel 758-3570; fax 764-0338).** |

**December 28, 2001**
**Date**

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: [signature]
Deputy Clerk

| **Rec'd:** | **EOD:** |
|---|---|
| **By:** yr | **#** 39 |

n
4