UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

    V.                    Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

## O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 12/28/01   Docket # 40<br><br>[X] Petitioner<br><br>Title: Moción Informativa | NOTED. |
| Date Filed: 1/4/02   Docket # 41<br><br>[X] RESPONDENT<br><br>Title: Proof of Service | NOTED. |
| Date Filed: 1/8/02   Docket # 42<br><br>[X] RESPONDENT<br><br>Title: Informative Motion | NOTED. |

January 11, 2002               Raymond L. Acosta
    Date                       U.S. District Judge

Rec'd:         EOD:

By: /s/        # 44