UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

V.    Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 1/30/02    Docket # 45<br><br>[X] Petitioner<br><br>Title: Status Report and Proposed Work Plan | Status Report is NOTED. Proposed Work Plan is hereby APPROVED.<br><br>Given the number of documents that petitioner has yet to obtain from the local courts, his request for an extension of time to file an opposition to defendants' motion to dismiss is GRANTED.<br>Plaintiff's opposition shall be filed no later than April 1, 2002. |

February 11, 2002            RAYMOND L. ACOSTA
Date                         U.S. District Judge

Rec'd:            EOD:

By:            # 46