UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

V.                                Civil No. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

# O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/10/02    Docket # 48<br><br>[X] Respondent<br><br>Title: Motion Requesting Leave to File Reply | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>GRANTED. Reply shall be filed on or before May 8, 2002. |

April 19, 2002                FRANCES RIOS DE MORAN
    Date                       Clerk of the Court

                              By: _____
                                    Deputy Clerk

Rec'd:        EOD:

By: _____  # 49

4