UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MARIANO MALDONADO-PAGAN

v.                                    CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: 5/8/02   Docket # 50<br>[ ] Petitioner [X] Respondent<br>[ ] Other<br><br>Title: Motion Requesting an Additional Extension of Time to Answer the Habeas Corpus Petition | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>GRANTED as requested until May 15, 2002. |

May 13, 2002
Date

FRANCES RIOS DE MORAN
Clerk of the Court

By: _____
Deputy Clerk

Rec'd:            EOD:

By: /\          #51