UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

V.                                              CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/15/02    Docket # 52<br>[ ] Petitioner [X] Respondent<br>[ ] Other<br><br>Title: Motion Requesting an Additional Extension of Time | BY ORDER OF HON. JUDGE RAYMOND L. ACOSTA:<br><br>GRANTED as requested until May 22, 2002. |

May 21, 2002                FRANCES RIOS DE MORAN
    Date                    Clerk of the Court

                            By: _____
                                Deputy Clerk

Rec'd:            EOD:

By: h             #53