UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

V.                                                    CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 5/22/02   Docket # 56, 57<br>[X] Petitioner [ ] Respondent<br>[ ] Other<br><br>Title: Letter motion for copies and Opposition to Motion to Dismiss | The request for copies is hereby **GRANTED**. The Clerk of the Court shall file the motion attached to the letter and send copies to the parties. |
| MOTION | RULING |
| Date Filed: 5/28/02   Docket # 55<br>[X] Petitioner [ ] Respondent<br>[ ] Other<br><br>Title: Mocion Informativa | Corrections are **NOTED**. |

June 13, 2002                               RAYMOND L. ACOSTA
   Date                                      U.S. District Judge

Rec'd:            EOD:

By: /h           #58

c/cs: to parties with copy of 57
6/17/02