UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

V.                              CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/03/02    Docket # 59<br><br>[X] YVONNE M. MENENDEZ CALERO, ESQ., attorney for Respondent<br><br>Title: Motion to Withdraw as Attorney of Record | GRANTED. Henceforth all pleadings and orders filed in this action shall be notified to IVONNE PALERM, ESQ., Deputy Secretary of Justice in Charge of Litigation, Department of Justice, Federal Litigation Division, P.O. Box 902192, San Juan, P.R. 00902-0192 |

October 9, 2002           RAYMOND L. ACOSTA
     Date                 U.S. District Judge

Rec'd:            EOD:

By: /s/           # 60