UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

v.

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

CASE NUMBER: CIVIL 98-2383 (RLA)

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 10/24/02   Docket #61<br>[ ] Petitioner   [X] Respondent<br>MR. MALAVE, WARDEN OF THE BAYAMON CORRECTIONAL FACILITY<br><br>Title: Notice of Appearance | NOTED. |

November 7, 2002
Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | #62 |