UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

V.                                              CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 4/16/03   Docket # 63<br>[X] Petitioner   [ ] Respondent<br><br>Title: Letter motion | New address is NOTED. |

| MOTION | RULING |
|---|---|
| Date Filed: 5/2/03   Docket # 64<br>[X] Petitioner   [ ] Respondent<br><br>Title: Moción Informativa | Request for copy of docket No. 65 and attachments is **GRANTED**. The Clerk of the Court shall forward copy of same to petitioner at his new address: Box 607073 Seg.A, Bayamón, P.R. 00961 |

| MOTION | RULING |
|---|---|
| Date Filed: 5/2/03   Docket # 65<br>[X] Petitioner   [ ] Respondent<br><br>Title: Moción Informativa | NOTED. |

May 15, 2003                    RAYMOND L. ACOSTA
   Date                         U.S. District Judge

Rec'd:          EOD:

s/as: M. Maldonado /w/copy 65   BY:        #66
                w/attachments