## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO-PAGAN

v.

CASE NUMBER: CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

## O R D E R

| MOTION | RULING |
|---|---|
| **Date Filed:** 7/1/03  **Docket #** 67  [ ]**Petitioner**  [X]**Respondent**  **Title:** Motion to Withdraw as Attorney of Record (by SALVADOR J. ANTONETTI STUTTS, ESQ.) | **GRANTED.** Félix M. Román Carrasquillo, Esq. shall continue to represent defendant in this action. |

July 11 , 2003
**Date**

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |



5