IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

    Petitioner,

    v.                                         CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY et al.,

    Respondents.

**FINAL JUDGMENT**

    The Court having dismissed the petition filed in this case through its Order issued on this date, it is hereby

    ORDERED AND ADJUDGED that the 28 U.S.C. § 2254 petition filed in this action be and the same is hereby **DISMISSED**.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 9th day of October, 2003.

                                              RAYMOND L. ACOSTA
                                         United States District Judge