UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:   December 3, 2003

DC #:   98-2383 (RLA)

APPEAL FEE PAID:        YES ____    NO __X__

CASE CAPTION:           Mariano Maldonado-Pagán   v.   Malavé

IN FORMA PAUPERIS:      YES ____    NO __X__

MOTIONS PENDING:        YES ____    NO __X__

NOTICE OF APPEAL FILED BY:    Plaintiff

APPEAL FROM:            Final Judgment entered on 10/10/03

SPECIAL COMMENTS:       Copies of original documents in file folders (Duplicate)

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

Docket Entries   1-72                                   I

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  ICMS Parties, Docket Clerk, Appeals Clerk