**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MARIANO MALDONADO-PAGAN

    **V.**                                      **CASE NUMBER:** CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

<u>**O R D E R**</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** 3/16/04   **Docket #** 76<br>[X]**Petitioner**   [ ]**Respondent**<br><br>**Title:** Request For Issuance of Certificate of Appealability | **GRANTED.** |

                                                S/Raymond L. Acosta
   April 5, 2004                         **RAYMOND L. ACOSTA**
      **Date**                                 **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |