# United States Court of Appeals
## For the First Circuit

No. 03-2364
DC No. 98-cv-02383

MARIANO MALDONADO-PAGAN,
Petitioner, Appellant,

v.

SR. MALAVE, WARDEN,
Respondent, Appellee.

ORDER OF COURT
Entered: April 29, 2004

This court has docketed appellant's appeal from the denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 6, 2004, the district court granted appellant's request for a certificate of appealability. Pursuant to Local Rule 22.1 "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253(c)(2)."

We now request that the district court specify as to which issues the certificate was granted. See Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

By the Court:

Richard Cushing Donovan, Clerk

MARK R. SYSKA

By: _____
       Chief Deputy Clerk

[Certified copy to the Honorable Raymond Acosta, Frances DeMoran, Clerk, USDC and cc: Messrs. Olmo-Rodriguez, Roman-Carrasquillo, Ms. Palerm-Cruz]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 5/27/04