IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGAN

    Petitioner,

    v.                           CIVIL NO. 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY et al.,

    Respondents.
_____

**<u>ORDER STATING ISSUES AS TO WHICH COA WAS GRANTED</u>**

In accordance with 28 U.S.C. § 2253(c)(3) and the First Circuit Court of Appeals' request, (docket No. 79) we hereby specify that the issues on which the certificate of appealability was granted were: (1) whether jurists of reason would find it debatable that the petition stated a valid claim of a constitutional right; and (2) whether jurists of reason would find it debatable that this court was correct in its procedural ruling that petitioner failed to exhaust state remedies.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of July, 2004.

                                                S/Raymond L. Acosta
                                                RAYMOND L. ACOSTA
                                            United States District Judge