IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGÁN
   PETITIONER                      CASO NÚM 98-2383 (R.L.A.)
   VS                                  HÁBEAS CORPUS
MALAVE, WARDEN

—— MOCIÓN INFORMATIVA ——

AL HONORABLE TRIBUNAL
   COMPARECE MARIANO MALDONADO PAGÁN, PRO SE Y MUY RESPETUOSAMENTE EXPONE Y SOLICITA:

EXPOSICIÓN:

① QUE EN MI SOLICITUD DE HÁBEAS CORPUS, ANTE ESTE HON. TRIBUNAL, UNO DE MIS ARGUMENTOS CONSISTIÓ EN QUE MI ABOGADO DE LA SOCIEDAD DE ASISTENCIA LEGAL LCDO. CARLOS RODRÍGUEZ MALDONADO JAMÁS Y NUNCA ME VISITÓ EN LA CÁRCEL PARA CONFECCIONAR UNA DEFENSA BASADA EN LA JURISPRUDENCIA Y EN MI EXPEDIENTE SIQUIÁTRICO. TAN GRAVE FUE SU INCOMPETENCIA QUE NO PRESENTÓ NI UNA PRUEBA ATENUANTE, NO OBJETÓ MI AUTO INCRI-

P.2

minación y no presentó una apelación como el debido proceso de ley garantizado bajo la 14ta. enmienda Federal

② Durante todo el proceso apelativo que realicé en el foro estatal no se me proveyó de asistencia legal y en mi batallar llevé mi apelación ante el Circuito de Apelaciones en Boston, es allí que por primera vez me asignan un abogado, el Lcdo. Juan Masini Soler, quien fue a la cárcel y me entrevistó. El Lcdo. Masini Soler sometió un informe al Hon. Tribunal y con este informe él le faltó el respeto al Hon. Tribunal con el propósito de ayudar al Lcdo. Carlos Rodríguez Maldonado, el Lcdo. Masini Soler le informó al Hon. Tribunal que mi abogado Lcdo. Rodríguez Maldonado me visitó en severas ocasiones en la cárcel lo cual es una mentira y es verificable a través de los folios de visitas de abogados de las cárceles que he estado. La mentira ante el Hon. Tribunal creo que se llama perjurio. Le informé al Hon. Tribunal de la mentira del Lcdo. Masini Soler y se me asignó un nuevo abogado.

③ Por otro lado tenemos a la Lcda. Ivonne M. Menéndez Calero, en representación del Estado y a través del Departamento de Justicia, ella le dijo al Hon. Tribunal que yo no había agotado el remedio estatal y que

P.3

El único remedio que todavía me quedaba disponible era radicar un Hábeas Corpus en el foro estatal. Yo tomé como ciertas las palabras de la Lcda. Menéndez Calero y sin consultar con mi abogado, radiqué un Hábeas Corpus en el Hon. Tribunal de Bayamón el 14 noviembre 2003. Caso civil D.A.C. 2003-3667 (506) Tengo la fuerte impresión de que este es el tercer Hábeas Corpus que radico en el foro estatal.

④ El 07 enero 2004 es cuando se le notifica al Departamento de Justicia y se le conceden 30 días para que replique el Hábeas Corpus. Habían transcurrido unos 51 días desde que radiqué el Hábeas Corpus hasta la notificación al Departamento de Justicia. Pese a esta orden el Departamento de Justicia hizo mutis.

⑤ El 27 febrero 2004 le concede 7 días adicionales al Departamento de Justicia para que replique el Hábeas Corpus y el Departamento de Justicia persistió en su mutismo y nunca replicó.

⑥ El 12 abril 2004 y ante el desacato a la orden del tribunal y la omisión a sabiendas y voluntariamente de parte del Departamento de Justicia en no replicar el Hábeas Corpus le envié una moción al Hon. Tribunal solicitándole que decretara "con lugar" mi solicitud de Hábeas Corpus y en su consecuencia ordenara mi excarcelación.

p.4

⑦ EL 20 ABRIL 2004 EL HON. TRIBUNAL DESESTIMÓ EL HÁBE AS CORPUS. EL HON. JUEZ CONCLUYÓ SU PONENCIA CON EST palabras; "... PESE A QUE LA SENTENCIA GOZA DE LA PRE SUNCIÓN DE CORRECCIÓN."

⑧ Y PARTIENDO DE QUE LA SENTENCIA GOZA DE LA PRESUNC IÓN DE CORRECCIÓN, EL 19 MAYO 2004 LE SOMETÍ UNA RECO SIDERACIÓN AL HON. TRIBUNAL Y NUEVAMENTE SOLICITÉ QUE ME ASIGNARA UN ABOGADO PARA QUE ÉSTE ME AYU DARA EN LA EXPOSICIÓN PARA LA CONCESIÓN DE UN REME DIO JUSTICIABLE A LA LUZ DEL DERECHO Y DE LOS FUNDA MENTOS EXPUESTOS EN EL HÁBEAS CORPUS. EL HON. TRIBU NAL REPLICÓ CON UN "NO HA LUGAR."

⑨ EL HON. TRIBUNAL SUPREMO REPLICÓ CON ESCUETO, "N HA LUGAR" CASO CIVIL HC. 2004-02 EL MISMO HÁBEAS CO PUS.

⑩ QUE EL DEPARTAMENTO DE JUSTICIA Y LA ADMINISTRA CIÓN DE TRIBUNALES DESDE QUE COMENÉ MI APELACIÓN EN EL AÑO 1994 A SABIENDAS Y VOLUNTARIAMENTE OMITIE RON ASIGNARME UN ABOGADO COMO EN DERECHO PROCEDÍA "UNA OMISIÓN A SABIENDAS Y VOLUNTARIAMENTE CONSTITUY NEGLIGENCIA CUANDO PRE-EXISTE LA OBLIGACIÓN DE OBSER VERSE: TORRES V. UNITED STATES OF AMERICA 621 F.2d. 30 (1980) PRE-EXISTÍA LA OBLIGACIÓN CONSTITUCIONAL DE ASIG NARME UN ABOGADO PARA UNA REPRESENTACIÓN LEGAL EFECTIVA Y ADECUADA BAJO LA 6TA. ENMIENDA FEDERAL

P. 6

CONSTITUCIONALES, REGLAMENTARIOS Y ESTATUTARIOS?

⑫ Que mi Abogado "defensor" durante mi juicio criminal el Ldo. Carlos Rodriguez Maldonado violó todo el debido proceso de ley, como todo un incompetente, pues omitió presentar pruebas atenuantes como mi record siquiátrico, permitió que yo me autoincriminara, no objetó la sentencia impuesta, 316 años consecutivos y para cerrar con broche de oro su ineptitud no presentó una apelación la cual era mandatoria constitucionalmente, como parte del debido proceso de ley garantizado bajo la 14ta. Enmienda Federal. Y en mi soliloquio tengo la fuerte impresión de que el Ldo. Carlos Rodriguez Maldonado es la persona que hasta el día de hoy manipuló en mi contra todo el proceso de mi apelación llegando a negarme una representación legal como en derecho procedía bajo las 2 constituciones que me cobijan. El Ldo. Rodriguez Maldonado se desempeña actualmente como Fiscal en el Departamento de Justicia y a través de mi caso perderá dicha posición al quedar evidenciado de que él es un acéfalo, inepto e incompetente, para ostentar el titulo de jurisconsultor.

"Petitioner was entitled to representation by counsel during his trail as a matter of constitutional right." Véase: Giden V. Wain Right 372 U.S. 335 (1963) "He is also entitled to counsel on his first appeal" Douglas V. California 372 U.S. 352 (1963). A Criminal

p.7

defendant is entitled to effective assistance of counsel on a first appeal as of right Evitts v. Lucey 469 U.S. 387 (1985)

(13) Al Fiscal, Carlos Rodríguez Maldonado se le olvidó que nadie está por encima de la ley y que estoy cobijado por las leyes y las constituciones de los Estados Unidos de Norteamérica y del Estado Libre Asociado de Puerto Rico y durante una década el Departamento de Justicia y la Administración de Tribunales enajenaron mis derechos, supra, y se dedicaron a obstaculizar la apelación de la sentencia ilegal e impropia que me impusieron por mis delitos, soy culpable porque descontinué los medicamentos y el tratamiento siquiátrico y mi familia pagó las consecuencias. Todo fue un accidente, yo no actué con premeditación como se me acusa y sí como homicidio involuntario hubiese sido un cargo razonable.

Where state procedural snarls or obstacle preclude an effective state remedy against unconstitutional convictions, federal courts have not other choice but to grant relief in the collateral proceeding. Fay v. Noia 372 U.S. 391, 83 S.Ct. 822, 9 L. Ed. 2d. 837. 375 U.S. at 54, 84 S.Ct. at 22.

SOLICITUD!

Muy respetuosamente le solicito a este honora-

p.8

ble Tribunal que examine el expediente anejado del Hábeas Corpus que radiqué en el Hon. Tribunal de Bayamón, D.A.C. 2003-3667 (506) en cumplimiento de lo manifestado por el Departamento de Justicia a través de la Lcda. Ivonne M. Menhendez Calero en la moción que sometió ante este Hon. Tribunal titulada "Reply to Petitioner's Opposition to Motion to Dismiss".

Entiendo que fue salvado "el obstáculo" argumentado por el Departamento de Justicia, el yo no haber agotado el remedio estatal de un Hábeas Corpus y del expediente anejado, supra, se desprende lo siguiente:

A) Que las expresiones de la Lcda. Menendez Calero: ..."However, Maldonado may still present his claims under a request for Hábeas Corpus in the local courts." pág. #3 parrafo #2 de la moción que ella sometió, supra. Lo susodicho por ella fueron palabras vacías con el fin retardar y obstaculizar mi apelación.

B) Que tanto el Dept. de Justicia y la Administración de Tribunales a través de una década obstaculizaron mi Hábeas Corpus y me negaron la asistencia de un abogado para que no me ayudara en mi apelación y en el expediente anejado consta que solicité un abogado y recibí un "No Ha Lugar" y así quedó demostrado que ambas entidades violaron mis derechos civiles, constitucionales, reglamentarios y estatutarios. Sus actos

P.9

ilegales e impropios, culposos y las omisiones negligentes son la causa física, legal, próxima y eficiente por las cuales estoy cumpliendo una sentencia ilegal.

Muy respetuosamente le solicito a este Hon. Tribunal que en mérito de lo susodicho, y del expediente anejado, proceda conforme a derecho porque ya agoté todo el remedio estatal disponible y en su consecuencia declare "con lugar" el hábeas corpus ante su consideración.

Muy respetuosamente sometido Hoy 24 Junio 2005 en Ponce P.R.

Mariano Maldonado Pagán
Box 900 5-C-4020
Peñuelas P.R. 00624

NOTA Hon. Secretaria, por favor, una copia de esta moción y del expediente anejado a la siguiente dirección porque estoy esperando un traslado para Bayamón. ¡Gracias!

Mariano Maldonado
262 Ismael Rivera ST
S.J. P.R. 00912-4104

Pd. Por favor confirme el recibo de esta a la dirección de la cárcel. ¡Gracias!