**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

MARIANO MALDONADO-PAGAN

      V.                         **CASE NUMBER:** CIVIL 98-2383 (RLA)

SR. MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 6/29/05  **Docket #** 81<br>[X]**Petitioner**   [ ]**Respondent**<br><br>**Title:** Informative Motion (in Spanish) | **DENIED.** This Court has no jurisdiction to entertain this request as the action is presently on appeal. |

                                      S/Raymond L. Acosta
July 5, 2005              **RAYMOND L. ACOSTA**
   Date                   **U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # |