IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIANO MALDONADO PAGÁN
    PETITIONER
        V.                    CIVIL NUM: 98-2383 (R.L.A.)
MALAVE, WARDEN, BAYAMON
CORRECTIONAL FACILITY
    RESPONDENT

— MOCIÓN INFORMATIVA —

AL HONORABLE TRIBUNAL

    COMPARECE MARIANO MALDONADO PAGÁN, PRO SE Y MUY RESPETUOSAMENTE EXPONE Y SOLICITA:

EXPOSICIÓN:

① QUE EN EL AÑO 1994 COMENCÉ LA APELACIÓN DE MI SENTENCIA Y LE SOLICITÉ AL TRIBUNAL DE SAN JUAN COPIA DE LA DEMANDA POR DAÑOS Y PERJUICIOS K.D.P. 79-5538 (805). ESTOS DOCUMENTOS ME FUERON DENEGADOS POR EL JUEZ WILFREDO

P.2

Alicea. Esta demanda prueba de que yo recibí un severo trauma en la cabeza el cual suscitó que yo comenzara a recibir tratamiento siquiátrico desde ese accidente.

② Que ante la negativa del juez en no facilitarme dichos documentos acudí al Tribunal Supremo para que me ayudaran en la consecución de los documentos y el Tribunal Supremo dijo "No Ha Lugar" "El Mandamus" que yo hice le dieron el Núm: MO-94-26

③ El Juez Pérez Giménez me desestimó un Hábens Corpus porque yo no lo había presentado ante el Tribunal Supremo. Civil 96-2046 (P.G.) Este era el único requisito para conseguir un remedio en el foro estatal.

④ El 21 abril 1997 presenté al Tribunal Supremo un Hábens Corpus como lo indicó el Juez Pérez Giménez y el 16 mayo 1997 recibí un "No Ha Lugar" y este Hábens Corpus le pusieron el mismo Núm: MO-94-26 del Mandamus que radiqué en el año 1994.

⑤ Que el Depr. de Justicia ha utilizado tácticas dilatorias en mi contra. En 3 años (99-2002) cambió 3 abogados y utilizó a la Lcda. Ivonne Menéndez Calero para decirle al Tribunal que todavía yo tenía la oportunidad de presentar un Hábens Corpus en el foro estatal, que solo

p. 3

eso me faltaba para agotar el remedio estatal y todo fue una tomada de pelo tanto al tribunal federal como a mi persona. Radiqué el Hábeas Corpus en el Tribunal de Instancia Sala de Bayamón D.A.C. 2003-3667 (506) El Juez dijo: "No Ha Lugar". El mismo Hábeas Corpus fue apelado ante el Tribunal Supremo y recibió un, "No Ha Lugar". Caso Núm: HC 2004-02

⑥ Que el Dept. de Justicia y la Administración de Tribunales le han faltado el respeto al Tribunal Federal y a mi persona. ¿Por qué? Cabe señalar que el narco-sicario Alexis Candelario Santana asesinó 9 personas, picó a una de las víctimas, tenía más de 20 violaciones a la Ley de Armas. Todos los delitos fueron a destiempo y en diferentes jurisdicciones y este narco-sicario recibió 12 años concurrentes por asesinar a 9 personas. Este narco-sicario no cooperó en chotear a nadie y la sentencia real es de 7 años 2 meses y 12 días y dijo que volverá a continuar matando gente, es su "modus vivendi." Similar a este caso ambas agencias han hecho lo mismo con este tipo de lacras y escorias sociales. Matar una persona y luego picarla en pedazos y por este delito el narco-sicario solo cumplirá 9 meses y 27 días y en mi contra se han gastado tiempo y dinero para obstaculizar mi libertad ante una senten-

P. 4

era ilegal e impropia y en adición me han violado mis derechos civiles, constitucionales, reglamentarios y estatutarios sin entrar en detalles. Se me olvidaba que en el caso del asesino en serie, Alexis Candelario Santana, no le aplicaron la reincidencia habitual. ¿Qué hacer?

Solicitud:

Su señoría reconozco que mi caso está en apelación en el circuito de Boston y muy respetuosamente le presento estos documentos para que sean anejados a los anteriores para que a su debido tiempo ud. pase juicio sobre ellos.

ANEJOS: (YA LOS ENVIÉ) *Mariano Maldonado Pagán*

A) Habeas corpus y resolución del tribunal supremo del 16 mayo 1997 (MO-94-26)

B) Resolución habeas corpus del tribunal supremo HC 2004-02 del 07 diciembre 2004

Muy respetuosamente sometido hoy 12 Julio 2005.

*Mariano Maldonado Pagán*
Box 900 S-C-4020
Peñuelas P.R. 00624

~~Certificada~~